IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re :
: Chapter 13
    Colin O. Phillips:
:
: Bankruptcy No. 23-10425(MDC)
Debtor. :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copies of the foregoing City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing

Debtor's Counsel:
William D. Schroeder Jr.
920 Lenmar Drive
Blue Bell, PA 19422

Chapter 13 Trustee:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Via regular mail
Colin O. Phillips
1907 Mather Way
Apt B.
Elkins Park, PA 19027

                                                        Respectfully submitted,

Date: August 10, 2023                      By:    /s/ Pamela Elchert Thurmond
                                                        PAMELA ELCHERT THURMOND
                                                         Senior Attorney
                                                         PA Attorney I.D. 202054
                                                         City of Philadelphia Law Department
                                                         1401 JFK Blvd., 5th Floor

Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov